UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

11 JUL -5 PM 1: 58

UNITED STATES OF AMERICA

v.

CASE NO. 8:11-CR-356-T-30EAJ

ANTONIO LEWIS SMITH
  a.k.a. "Amp",
DERRICK LADELL SPANN,
VALARIAN JAYMONN BROWN
  a.k.a. "Cuz" and "Jay", and
BIBAL M. FRANCIS
  a.k.a. "Butter"

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853 (Forfeiture)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From an unknown date, through on or about June 6, 2011, in the Middle District of Florida, and elsewhere, the defendants,

ANTONIO LEWIS SMITH
a.k.a. "Amp",
DERRICK LADELL SPANN,
VALARIAN JAYMONN BROWN
a.k.a. "Cuz" and "Jay", and
BIBAL M. FRANCIS
a.k.a. "Butter",

did knowingly and willfully combine, conspire and agree with each other and other persons, who are known and unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States code, Section 841(a)(1) and 841(b)(1)(A)(ii).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

From an unknown date, through on or about June 6, 2011, in the Middle District of Florida, and elsewhere, the defendants,

ANTONIO LEWIS SMITH
a.k.a. "Amp",
DERRICK LADELL SPANN,
VALARIAN JAYMONN BROWN
a.k.a. "Cuz" and "Jay", and
BIBAL M. FRANCIS
a.k.a. "Butter",

did knowingly and willfully combine, conspire and agree with each other and other persons, who are known and unknown to the Grand Jury, to possess with intent to a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States code, Section 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT THREE

On or about June 3, 2011, in the Middle District of Florida, the defendants,

ANTONIO LEWIS SMITH
a.k.a. "Amp",
DERRICK LADELL SPANN,
VALARIAN JAYMONN BROWN
a.k.a. "Cuz" and "Jay", and
BIBAL M. FRANCIS
a.k.a. "Butter",

did knowingly and intentionally possess with intent to distribute 500 grams or more of a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 18, Untied States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

## FORFEITURE

1.    The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2.    From their engagement in any or all of the violations alleged in Counts One through Three, punishable by imprisonment for more than one year, the defendants,

> ANTONIO LEWIS SMITH
> a.k.a. "Amp",
> DERRICK LADELL SPANN,
> VALARIAN JAYMONN BROWN
> a.k.a. "Cuz" and "Jay", and
> BIBAL M. FRANCIS
> a.k.a. "Butter",

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their right, title and interest in:

> a.    any property constituting, or derived from, any proceeds defendants obtained, directly or indirectly, as a result of such violations; and
>
> b.    any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

> a.    cannot be located upon the exercise of due diligence;
>
> b.    has been transferred, sold to or deposited with, a third person;

3

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), up to the value of the forfeitable property.

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
SHAUNA S. HALE
Assistant United States Attorney

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Narcotics

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ANTONIO LEWIS SMITH
a.k.a. "Amp",
DERRICK LADELL SPANN,
VALARIAN JAYMONN BROWN
a.k.a. "Cuz" and "Jay", and
BIBAL M. FRANCIS
a.k.a. "Butter"

## INDICTMENT

Violations:

Title 21, United States Code, Sections 846, and 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 5th day
of July, A.D., 2011.

_____
Clerk

Bail $ _____

GPO 863 525

N:\_Criminal Cases\S\SMITH, Willie_2011R00989_ssh\f_Indictment Back.wpd