**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE JAMES S. MOODY**

| CASE NO.  8:11-cr-00356-T-30AAS | DATE:  March 27, 2017 |
|---|---|
| TITLE:  United States of America vs. Antonio Lewis Smith | |
| TIME:  11:00 a.m. – 11:36 a.m. | TOTAL: 36 minutes |
| Courtroom Deputy: Ariana Diaz | |
| Court Reporter:  Melissa Pierson | |
| Counsel for Government:  Shauna Hale and Julian Jewell | |
| Counsel for Defendant(s):  Franklyn Louderback and Adam Labonte | |

### *CLERK'S MINUTES: PROCEEDINGS OF MOTION HEARING*

Court in session.

Government's counsel, Ms. Jewell, suggests that the Court handle Government's Motion to Reduce Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc No. 388) first and then proceed with Defendant's 782 Motion.

Defendant's counsel, Mr. Labonte, responds and agrees with Government's counsel.

The Court proceeds with handling Defendant's 782 Motion (Doc No. 380) first.

Government's counsel, Ms. Jewell, suggests that the defendant is eligible for 782 relief at an offense level 30, criminal history category IV, imprisonment range 135-168 months, and requests that the defendant be sentenced to 151 months.

Defendant's counsel, Mr. Labonte, responds and requests 135 months of imprisonment.

The Court grants Defendant's 782 Motion (Doc No. 380) and reduces Defendant's imprisonment to 151 months.

Defendant's counsel, Mr. Louderback, responds to Government's Motion to Reduce Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc No. 388) and requests that the Rule 35 motion and hearing transcript be sealed.  The Court rules that the hearing transcript of this proceeding be sealed.

Government's counsel, Ms. Hale, replies.

Clerk's Minutes – Page 2
8:11-cr-00356-T-30AAS
<u>USA v. Antonio Lewis Smith</u>

Defendant addresses the Court.  The Court reminds Defendant that he remains under oath from the oath he took in the previous hearing on March 20, 2017.

The Court enters Defendant's letter into evidence as Defendant's Exhibit 1.

The Court grants Government's Rule 35 Motion (Doc No. 388) and departs 2 levels reducing the total offense level to 28, criminal history category remains at IV, imprisonment range changes to 110-137 months.  The Court reduces Defendant's imprisonment sentence to 110 months.

Court adjourned.